IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ALEX LITTLE                                                                                                    PLAINTIFF

      v.                                    Civil No.   14-3101

JAIL ADMINISTRATOR, CHUCK
NANCE; and BILL SELLERS,
Probation Officer; SHERIFF KENNY
CASSELL; FORMER SHERIFF DONALD
RAGLAND; COUNTY SHERIFF
JOEY PRUITT; TOM BROWN; and
ERIC OWENS                                                                                                DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983.  Plaintiff proceeds *pro se* and *in forma pauperis.*

When he filed this action, the Plaintiff was incarcerated in the Searcy County Detention Center (SCDC).  Plaintiff was transferred to the Arkansas Department of Correction (ADC), Varner Unit, and notified the Court of his change of address (Doc. 6).  Plaintiff notified the Court when he was transferred to the Cummins Unit of the ADC (Doc. 12).  On June 1, 2015, Plaintiff provided the Court with an address in Conway, Arkansas (Doc. 20).

On August 11, 2015, mail sent to the address in Conway was returned as undeliverable.  No other address was available to the Court.

On August 24, 2015, Defendants filed a Motion to Dismiss (Doc. 33) pursuant to Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.  Defendants state they have been unable to serve discovery responses and correspondence on the Plaintiff at the Conway address.  All mail sent was returned with the notations return to sender, not deliverable as addressed,

and unable to forward.

On August 31, 2015, and September 8, 2015, mail was returned to the Court as undeliverable. In an effort to locate a current address for the Plaintiff, Court staff contacted the Plaintiff's state probation officer and was informed that the Plaintiff was an absconder.

I recommend that the Motion to Dismiss (Doc. 33) be **GRANTED** and this case dismissed for failure to prosecute and failure to keep the Court informed of his current address. Fed. R. Civil P. 41(b); Local Rules 5.5(c)(2).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 20th day of October, 2015.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE