IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**ALEX LITTLE**                                                                      **PLAINTIFF**

**V.**                      **CASE NO.: 3:14-CV-3101**

**JAIL ADMINISTRATOR, CHUCK NANCE;
BILL SELLERS, Probation Officer; SHERIFF KENNY
CASSELL; FORMER SHERIFF DONALD RAGLAND;
COUNTY SHERIFF JOEY PRUITT; TOM BROWN; and
ERIC OWENS**                                                 **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 37) filed in this case on October 20, 2015, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY.** Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendants' Motion to Dismiss (Doc. 33) is **GRANTED** and Plaintiff's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**, for failure to prosecute and for failure to keep the Court informed of his current address.

IT IS SO ORDERED on this 17th day of November, 2015.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE